IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMEEL SIMPSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES ERKERD, et al. | : | NO. 14-4999 |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this 14th day of August 2017, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Response to the Petition (Doc. No. 17), the pertinent state court record, the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Doc. No. 19), Petitioner's Objections to the Report and Recommendation (Doc. No. 20), and in accordance with the Opinion issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 19) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not demonstrated that reasonable jurists would debate the correctness of the procedural grounds for this ruling. 28 U.S.C. § 2253; Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.